IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BONILLA AND SUNSTATE TROPICAL WHOLESALE NURSERY,<br><br>    Plaintiffs,<br><br>    v.<br><br>FLOY E. DAWSON, et al.,<br><br>    Defendants. | Case No.: 13-00951 CW (PR) |
| STEVEN BONILLA AND SUNSTATE TROPICAL WHOLESALE NURSERY,<br><br>    Plaintiffs,<br><br>    v.<br><br>KATHLEEN BONILLA,<br><br>    Defendant. | Case No.: 13-00952 CW (PR) |
| STEVEN BONILLA AND SUNSTATE TROPICAL WHOLESALE NURSERY,<br><br>    Plaintiffs,<br><br>    v.<br><br>FRANCIE KOEHLER, et al.,<br><br>    Defendants. | Case No.: 13-00953 CW (PR) |
| STEVEN BONILLA AND SUNSTATE TROPICAL WHOLESALE NURSERY,<br><br>    Plaintiffs,<br><br>    v.<br><br>PACIFIC GROWERS, et al.,<br><br>    Defendants. | Case No.: 13-00954 CW (PR) |
| STEVEN BONILLA AND SUNSTATE TROPICAL WHOLESALE NURSERY,<br><br>    Plaintiffs,<br><br>    v.<br><br>PACIFIC GROWERS,<br><br>    Defendant. | Case No.: 13-00955 CW (PR)<br><br><br><br>JUDGMENT |

Pursuant to the Court's Order of today's date dismissing the

present actions pursuant to 28 U.S.C. § 1915(g), a judgment of DISMISSAL without prejudice is hereby entered.

    IT IS SO ORDERED.

Dated: 3/11/2013

                                CLAUDIA WILKEN
                                UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California